DANIEL HILL, ESQ.
NV Bar # 12773
HILL FIRM
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
Tel:   (702) 848-5000
Fax:   (702) 442-8338
dan@hillfirmlawyers.com
*Attorney for Defendant John Phillips*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:20-mj-00902-DJA** |
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY CONDITIONS OF EMELIO ROCHESTER'S PRETRIAL RELEASE** |
| EMELIO ROCHESTER, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Nicholas Trutanich, United States Attorney, and Jim Fang, Assistant United States Attorney, counsel for the United States of America, and Daniel Hill, counsel for Defendant EMELIO ROCHESTER, that his conditions of pretrial release be amended as follows:

1.      Mr. Rochester shall be permitted to travel to the Southern District of Florida as soon as the Court grants this stipulation.

2.      While in the Southern District of Florida he shall reside with his grandmother, May Rochester, at 6283 Osprey Terrace, Coconut Creek, FL 33073.

3.      He shall return to his home address in his supervision district on or before January 4, 2020.

///

///

1   Defense counsel conferred with Officer Danielle Launi of the Northern District of

2   Florida Office of Pretrial Supervision on December 21, 2020. Officer Launi has no

3   objection to this request for modification.

4   DATED this 21st day of December 2020.

5

6

7                                                                    By: */s/ Jim Fang*
                                                                       JIM FANG
                                                             *Counsel for the Government*
8

9                                                                   By: */s/ Daniel Hill*
                                                                      DANIEL HILL
10                                                           *Counsel for Defendant*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-mj-00902-DJA |
| Plaintiff, | **PROPOSED ORDER** |
| vs. | |
| EMELIO ROCHESTER, *et al.*, | |
| Defendants. | |

Based upon the stipulation of the parties, Pretrial Services' having no objection, and good cause appearing,

IT IS HEREBY ORDERED that Emelio Rochester's conditions of pretrial release be modified to permit travel to the Southern District of Florida, at 6283 Osprey Terrace, Coconut Creek, FL 33073, starting from the date of this Order. He must return to his home address in the District of his supervision on or before January 4, 2020.

DATED this __21st__ day of December 2020.

BRENDA WEKSLER
U.S. Magistrate Judge